**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 10, 2015

Hon. Larry J. Goldman
10100 Reunion Place, Suite 800
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Keith C. Livesay
Livesay Law Office
517 W. Nolana
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Hon. Elizabeth Herrera
G. Patrick Collins & Associates
200 S. 10th St., Ste. 1402
McAllen, TX 78501
* DELIVERED VIA E-MAIL *

Hon. Sarah Minter
10100 Reunion Place, Suite 800
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00048-CV
Tr.Ct.No.  CL-13-3272-B
Style:    Perla Cantu and Mayde Cantu v. Oralia Villarreal

      Enclosed please find a copy of an order issued by this Court on this date. Appellant's brief in cause no. 13-15-0048-CV is due on October 12, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.